## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 20-256-2 |
| XAVIER NOLLEY-HALL | : |

## ORDER

**AND NOW**, this 19th day of November 2020, upon considering Defendant's Motion for presentence release (ECF Doc. No. 27), the United States' Opposition (ECF Doc. No. 28), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for presentence release (ECF Doc. No. 27) is **DENIED** without prejudice.

KEARNEY, J.